IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Kristi S. Schneider : | |
| Debtor : | Bkrtcy No. 24-22901 |
| : | Chapter   13 |
| Kristi S. Schneider : | |
| Movant : | |
| : | Related to Document No. |
|    v.   : | |
| : | |
| NO RESPONDENT : | |
| Respondent (if none, then "No Respondent")   : | |

**EMPLOYEE INCOME RECORDS**

December 23, 2024

                                                    By:    /S/Mary Bower Sheats
                                                           Mary Bower Sheats
                                                           1195 Washington Pike, Suite 325
                                                           Bridgeville, PA 15017
                                                           Mary@mbsheatslaw.com
                                                           Address
                                                           412-281-7266
                                                           Phone No.
                                                           PA ID # 27911

# Earnings Statement

**ADP**

ZEARN  
PO BOX 20  
NEW YORK, NY 10116

Period Beginning: 11/01/2024  
Period Ending: 11/15/2024  
Pay Date: 11/15/2024

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Tax blocked

KRISTI SUE SCHNEIDER  
1020 JEFFERSON HEIGHTS ROAD  
PITTSBURGH PA 15235

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4291.67 | 88.00 | 4,291.67 | 90,125.07 |
| **Gross Pay** | | | **$4,291.67** | 90,125.07 |

Your federal taxable wages this period are $4,031.95

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -249.98 | 5,249.60 |
| Medicare Tax | -58.46 | 1,227.73 |
| PA State Income Tax | -123.78 | 2,599.38 |
| Penn Hills T Income Tax | -70.56 | 1,481.76 |
| Penn Hills T Local Svc Tax | -2.17 | 45.57 |
| PA SUI Tax | -3.01 | 63.09 |
| Federal Income Tax | | 4,689.23 |

Other
| | | |
|---|---|---|
| ACCIDENT IN | -3.18 | |
| CRITICAL IL | -7.44 | |
| Dental | -3.56* | 74.76 |
| Elife | -11.42 | 239.82 |
| Hsa | -193.75* | 4,068.75 |
| HOSPITAL IN | -3.90 | |
| LIMITED PURPOSE | -41.68 | |
| Medical | -61.95* | 1,300.95 |
| Vision | -0.46* | 9.66 |

| | |
|---|---|
| **Net Pay** | **$3,456.37** |
| Chkck1 | -3,456.37 |
| **Net Check** | **$0.00** |

**Other Benefits and Information** | this period | total to date
---|---|---
Er Hsa Mtch | 20.83 | 437.43
Totl Hrs Worked | 88.00 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:  
  PA:      Single  
Exemptions/Allowances:  
  PA:      1

\* Excluded from federal taxable wages

© 2000 ADP, Inc.



ZEARN  
PO BOX 20  
NEW YORK, NY 10116

Advice number: 00000460153  
Pay date: 11/15/2024

**Deposited to the account of** | account number | transit ABA | amount
---|---|---|---
**KRISTI SUE SCHNEIDER** | xxxxxx5654 | xxxx xxxx | $3,456.37

**NON-NEGOTIABLE**