| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kristi S. Schneider<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–2750 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13   11/22/24 |
| Case number: | 24–22901–CMB | Date case converted to chapter: | 7   4/9/25 |

Official Form 309B (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kristi S. Schneider | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1020 Jefferson Heights Road<br>Pittsburgh, PA 15235 | |
| 4. | **Debtor's attorney**<br>Name and address | Mary Bower Sheats<br>Mary Bower Sheats, Attorney at Law<br>1195 Washington Pike<br>Suite 325<br>Bridgeville, PA 15017 | Contact phone 412–281–7266<br><br>Email: mary@mbsheatslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Crystal H. Thornton–Illar<br>LEECHTISHMAN<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219 | Contact phone 412–261–1600<br><br>Email: cthornton–Illar@leechtishman.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412−644−2700<br><br>Date: 4/9/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 9, 2025 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 451 616 4812, and Passcode 6001318900, call 1−412−239−8484**<br><br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8.**         **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/8/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/18/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/21/25** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-22901-CMB |
| Kristi S. Schneider | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 09, 2025 | Form ID: 309B | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristi S. Schneider, 1020 Jefferson Heights Road, Pittsburgh, PA 15235-4736 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16463831 | + | American Express, PO Box 981538, El Paso, TX 79998-1538 |
| 16463834 | + | D. Scott Lautner, Esquire, 68 Old Clairton Road, Pittsburgh, PA 15236-3915 |
| 16483258 | + | Mark Panza d/b/a Voyager Contracting, LLC, 68 Old Clairton Road, Pittsburgh, PA 15236-3915 |
| 16463838 | + | Mark Panza, dba Voyager Contracting, LLC, 419 Isabella Avenue, Charleroi, PA 15022-2336 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | Apr 10 2025 01:49:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | + | Email/Text: ebnjts@grblaw.com | Apr 10 2025 01:49:00 | Jeffrey Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | | Email/Text: mary@mbsheatslaw.com | Apr 10 2025 01:49:00 | Mary Bower Sheats, Mary Bower Sheats, Attorney at Law, 1195 Washington Pike, Suite 325, Bridgeville, PA 15017 |
| tr | + | EDI: BCHTHORNTONILLR | Apr 10 2025 05:23:00 | Crystal H. Thornton-Illar, LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |
| smg | | EDI: PENNDEPTREV | Apr 10 2025 05:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 10 2025 05:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 10 2025 01:50:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | EDI: AISACG.COM | Apr 10 2025 05:23:00 | Nuvell Credit Company, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 10 2025 01:49:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16463829 | + | EDI: WFNNB.COM | Apr 10 2025 05:23:00 | ADS/Comenity/BigLot, POBox 182120, Columbus, OH 43218-2120 |
| 16478731 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 10 2025 01:52:59 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16463830 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 24-22901-CMB   Doc 42   Filed 04/11/25   Entered 04/12/25 00:28:03   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: 309B | Total Noticed: 46 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 16482805 | Email/PDF: bncnotices@becket-lee.com | Apr 10 2025 01:52:58 | Ally Credit Card/CWS, 1000 N. West St., Fl 11, Wilmington, DE 19801-1058 |
| | | Apr 10 2025 01:53:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16463832 | + EDI: CAPITALONE.COM | Apr 10 2025 05:23:00 | Capital One, PO B 31293, Salt Lake City, UT 84131-0293 |
| 16463833 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2025 02:04:32 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 16487828 | + Email/Text: jdryer@bernsteinlaw.com | Apr 10 2025 01:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16463835 | Email/Text: payroll@fairwaymc.com | Apr 10 2025 01:49:00 | Fairway Independent Mortgage Corporation, 4750 S. Biltmore Lane, Madison, WI 53718 |
| 16508802 | EDI: CALTAX.COM | Apr 10 2025 05:23:00 | Franchise Tax Board, c/o Bankruptcy Section MS A340, Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 16478314 | + EDI: IRS.COM | Apr 10 2025 05:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16485594 | EDI: JEFFERSONCAP.COM | Apr 10 2025 05:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16463836 | + EDI: JPMORGANCHASE | Apr 10 2025 05:23:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 16481173 | + Email/Text: RASEBN@raslg.com | Apr 10 2025 01:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16487430 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 02:15:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16487715 | ^ MEBN | Apr 10 2025 01:30:20 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16463837 | + Email/Text: camanagement@mtb.com | Apr 10 2025 01:49:00 | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 16486440 | EDI: Q3G.COM | Apr 10 2025 05:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16487428 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2025 01:52:15 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16463839 | + EDI: SYNC | Apr 10 2025 05:23:00 | SYNCB/Amazon, POB 71727, Philadelphia, PA 19176-1727 |
| 16463840 | + EDI: SYNC | Apr 10 2025 05:23:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 16463841 | + EDI: SYNC | Apr 10 2025 05:23:00 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 16478315 | EDI: CALTAX.COM | Apr 10 2025 05:23:00 | State of California, Franchise Tax Board, PO Box 942867, Sacramento, CA 94267-0011 |
| 16463842 | + EDI: CITICORP | Apr 10 2025 05:23:00 | The Home Depot/Citibank, POB 6497, Sioux Falls, SD 57117-6497 |
| 16469860 | + Email/Text: RASEBN@raslg.com | Apr 10 2025 01:49:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16478316 | + EDI: USAA.COM | Apr 10 2025 05:23:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

Case 24-22901-CMB    Doc 42    Filed 04/11/25    Entered 04/12/25 00:28:03    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 09, 2025 | Form ID: 309B | Total Noticed: 46 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 16463843 | + EDI: USAA.COM | Apr 10 2025 05:23:00 | USAA Federal Savings Bank, POB 33009, San Antonio, TX 78265-3009 |
| 16463844 | + EDI: USAA.COM | Apr 10 2025 05:23:00 | USAA Savings Bank, POBox 33009, San Antonio, TX 78265-3009 |
| 16487634 | Email/Text: bankruptcynotices@vivecard.com | Apr 10 2025 01:49:00 | Vive Financial, P.O. Box 708670, Sandy, UT 84070 |
| 16463845 | ^ MEBN | Apr 10 2025 01:30:29 | VIVE/TBOM, 380 W. Data Drive, Ste. 200, Draper, UT 84020-2361 |
| 16472042 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 10 2025 02:04:23 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 16478317 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 10 2025 01:52:36 | Wells Fargo Bank, NA, PO Box 14487, Des Moines, IA 50306-3487 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing,LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mary Bower Sheats | on behalf of Debtor Kristi S. Schneider mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 09, 2025 | Form ID: 309B | Total Noticed: 46

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7