IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  
Kristi S. Schneider  
Debtor

Bankruptcy Case No. 24-22901 CMB

Chapter 7

Kristi S. Schneider  
Movant

Related to document no.

vs.  
No Respondent,  
Respondents

## DEBTOR'S RULE 1019 REPORT

AND NOW, comes the Debtor, Kristi S. Schneider, by her attorney, Mary Bower Sheats, Esquire, and sets forth the following in support of her Rule 1019 Report:

1. **Rule 1019(5) (B) and (C), Conversion of Chapter 13 case:**

    SCHEDULE OF UNPAID DEBTS INCURRED AFTER THE FILING OF THE PETITION BUT BEFORE THE CONVERSION OF THE CASE:

    None

2. SCHEDULE OF PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT ACQUIRED AFTER THE FILING OF THE PETITION BUT BEFORE THE CONVERSION OF THE CASE:

    None

3. SCHEDULE OF UNPAID DEBTS NOT LISTED IN THE FINAL REPORT AND ACCOUNT INCURRED AFTER CONFIRMATION BUT BEFORE THE CONVERSION OF THE CASE:

    None

4. SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES ENTERED INTO OR ASSUMED AFTER THE FILING OF THE PETITION BUT BEFORE THE CONVERSION OF THE CASE:

    NONE

Respectfully submitted,

Executed on April 16, 2025

/s/Mary Bower Sheats

Mary Bower Sheats, Esquire
PA I.D. #27911
1195 Washington Pike, Suite 325
Bridgeville, PA 15107
(412) 281-7266
mary@mbsheatslaw.com