**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KRISTI S. SCHNEIDER | Case No.:24-22901 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/22/2024 and confirmed on 03/12/2025 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,243.00 |
| Less Refunds to Debtor | 14,328.42 | |
| TOTAL AMOUNT OF PLAN FUND | | 914.58 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 914.58 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 914.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3298 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 396.38 | 0.00 | 0.00 | 0.00 |
|     Acct: 3298 | | | | |
|   USAA FEDERAL SAVINGS BANK | 20,189.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 6013 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   MARY BOWER SHEATS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KRISTI S. SCHNEIDER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KRISTI S. SCHNEIDER | 14,328.42 | 14,328.42 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY BOWER SHEATS ESQ | 3,195.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 8,557.51 | 0.00 | 0.00 | 0.00 |
|     Acct: 2750 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |

| | | | | |
|---|---|---|---|---|
| Unsecured | | | | |
|    QUANTUM3 GROUP LLC - AGENT FOR CC | 1,141.43 | 0.00 | 0.00 | 0.00 |
|      Acct: 5728 | | | | |
|    ALLY BANK** | 3,427.87 | 0.00 | 0.00 | 0.00 |
|      Acct: 3600 | | | | |
|    AMERICAN EXPRESS NATIONAL BANK | 2,023.17 | 0.00 | 0.00 | 0.00 |
|      Acct: 1004 | | | | |
|    CAPITAL ONE NA BY AMERICAN INFOSOU | 1,841.15 | 0.00 | 0.00 | 0.00 |
|      Acct: 3387 | | | | |
|    LVNV FUNDING LLC | 1,249.32 | 0.00 | 0.00 | 0.00 |
|      Acct: 6345 | | | | |
|    D SCOTT LAUTNER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    JPMORGAN CHASE BANK NA S/B/M/T CHA | 3,805.43 | 0.00 | 0.00 | 0.00 |
|      Acct: 8903 | | | | |
|    K & S REAL ESTATE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    K AND S REAL ESTATE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    VOYAGER CONTRACTING LLC | 9,026.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    STATE OF CALIFORNIA | 55,838.33 | 0.00 | 0.00 | 0.00 |
|      Acct: 2750 | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 286.52 | 0.00 | 0.00 | 0.00 |
|      Acct: 5552 | | | | |
|    RESURGENT RECEIVABLES LLC | 3,348.90 | 0.00 | 0.00 | 0.00 |
|      Acct: 8099 | | | | |
|    JEFFERSON CAPITAL SYSTEMS LLC* | 3,549.51 | 0.00 | 0.00 | 0.00 |
|      Acct: 1840 | | | | |
|    RESURGENT RECEIVABLES LLC | 2,075.19 | 0.00 | 0.00 | 0.00 |
|      Acct: 3722 | | | | |
|    USAA FEDERAL SAVINGS BANK | 1,031.36 | 0.00 | 0.00 | 0.00 |
|      Acct: 6167 | | | | |
|    VIVE FINANCIAL | 1,011.06 | 0.00 | 0.00 | 0.00 |
|      Acct: 1480 | | | | |
|    WELLS FARGO BANK NA | 7,500.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 9151 | | | | |
|    DUQUESNE LIGHT COMPANY(*) | 1,293.50 | 0.00 | 0.00 | 0.00 |
|      Acct: 4005 | | | | |
|    INTERNAL REVENUE SERVICE* | 288.26 | 0.00 | 0.00 | 0.00 |
|      Acct: 2750 | | | | |
|    BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                          0.00

TOTAL CLAIMED
PRIORITY           8,557.51
SECURED           20,585.95
UNSECURED         98.737.00

Date: 04/25/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com