**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kristi S. Schneider | Social Security number or ITIN   xxx–xx–2750 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ EIN   __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   24-22901-CMB

# Order of Discharge                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kristi S. Schneider

8/13/25                                    **By the court:**   Carlota M Bohm
                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kristi S. Schneider  
    Debtor

Case No. 24-22901-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 13, 2025     Form ID: 318     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristi S. Schneider, 1020 Jefferson Heights Road, Pittsburgh, PA 15235-4736 |
| 16463831 | + | American Express, PO Box 981538, El Paso, TX 79998-1538 |
| 16463834 | + | D. Scott Lautner, Esquire, 68 Old Clairton Road, Pittsburgh, PA 15236-3915 |
| 16483258 | + | Mark Panza d/b/a Voyager Contracting, LLC, 68 Old Clairton Road, Pittsburgh, PA 15236-3915 |
| 16463838 | + | Mark Panza, dba Voyager Contracting, LLC, 419 Isabella Avenue, Charleroi, PA 15022-2336 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 14 2025 04:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 14 2025 04:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 14 2025 04:20:00 | Nuvell Credit Company, c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 14 2025 00:23:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16463829 | + | EDI: WFNNB.COM | Aug 14 2025 04:20:00 | ADS/Comenity/BigLot, POBox 182120, Columbus, OH 43218-2120 |
| 16478731 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2025 00:30:09 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16463830 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 14 2025 00:30:15 | Ally Credit Card/CWS, 1000 N. West St., Fl 11, Wilmington, DE 19801-1058 |
| 16482805 | | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 00:30:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16463832 | + | EDI: CAPITALONE.COM | Aug 14 2025 04:20:00 | Capital One, PO B 31293, Salt Lake City, UT 84131-0293 |
| 16463833 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2025 00:30:03 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 16487828 | + | Email/Text: jdryer@bernsteinlaw.com | Aug 14 2025 00:24:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16463835 | | Email/Text: payroll@fairwaymc.com | Aug 14 2025 00:23:00 | Fairway Independent Mortgage Corporation, 4750 S. Biltmore Lane, Madison, WI 53718 |

Case 24-22901-CMB    Doc 58    Filed 08/15/25    Entered 08/16/25 00:34:33    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 318 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 16508802 | | EDI: CALTAX.COM | Aug 14 2025 04:20:00 | Franchise Tax Board, c/o Bankruptcy Section MS A340, Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 16478314 | + | EDI: IRS.COM | Aug 14 2025 04:20:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16485594 | | EDI: JEFFERSONCAP.COM | Aug 14 2025 04:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 16463836 | + | EDI: JPMORGANCHASE | Aug 14 2025 04:20:00 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 16481173 | + | Email/Text: RASEBN@raslg.com | Aug 14 2025 00:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16487430 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 00:30:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16487715 | ^ | MEBN | Aug 14 2025 00:19:12 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 16463837 | + | Email/Text: camanagement@mtb.com | Aug 14 2025 00:24:00 | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 16486440 | | EDI: Q3G.COM | Aug 14 2025 04:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16487428 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 00:30:16 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16463839 | + | EDI: SYNC | Aug 14 2025 04:20:00 | SYNCB/Amazon, POB 71727, Philadelphia, PA 19176-1727 |
| 16463840 | + | EDI: SYNC | Aug 14 2025 04:20:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 16463841 | + | EDI: SYNC | Aug 14 2025 04:20:00 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 16478315 | | EDI: CALTAX.COM | Aug 14 2025 04:20:00 | State of California, Franchise Tax Board, PO Box 942867, Sacramento, CA 94267-0011 |
| 16463842 | + | EDI: CITICORP | Aug 14 2025 04:20:00 | The Home Depot/Citibank, POB 6497, Sioux Falls, SD 57117-6497 |
| 16469860 | + | Email/Text: RASEBN@raslg.com | Aug 14 2025 00:23:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16478316 | + | EDI: USAA.COM | Aug 14 2025 04:20:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 16463843 | + | EDI: USAA.COM | Aug 14 2025 04:20:00 | USAA Federal Savings Bank, POB 33009, San Antonio, TX 78265-3009 |
| 16463844 | + | EDI: USAA.COM | Aug 14 2025 04:20:00 | USAA Savings Bank, POBox 33009, San Antonio, TX 78265-3009 |
| 16487634 | | Email/Text: bankruptcynotices@vivecard.com | Aug 14 2025 00:23:00 | Vive Financial, P.O. Box 708670, Sandy, UT 84070 |
| 16463845 | ^ | MEBN | Aug 14 2025 00:18:57 | VIVE/TBOM, 380 W. Data Drive, Ste. 200, Draper, UT 84020-2361 |
| 16472042 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 14 2025 00:30:24 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 16478317 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 14 2025 00:30:23 | Wells Fargo Bank, NA, PO Box 14487, Des Moines, IA 50306-3487 |

Case 24-22901-CMB    Doc 58    Filed 08/15/25    Entered 08/16/25 00:34:33    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 318 | Total Noticed: 40 |
| TOTAL: 35 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing,LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Danielle M DiLeva | on behalf of Creditor Lakeview Loan Servicing LLC ddileva@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mary Bower Sheats | on behalf of Debtor Kristi S. Schneider mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 7